**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 09-cv-00875-REB-MJW

ROBERT J. JONES,

      Applicant,

v.

RON WILEY,
J. FOX,
MICHAEL MERRILL,
DAVE LAW,
R. MARTINEZ, and
WENDY HEIM,

      Respondents.

---

**ORDER REFERRING HABEAS PETITION TO MAGISTRATE JUDGE FOR
REPORT AND RECOMMENDATION**

---

**Blackburn, J.**

      This matter comes before the Court, *sua sponte*.

      **IT IS ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), and D.C.COLO.LCivR 72.1C.3, the United States Magistrate Judge is designated to conduct proceedings in this action as follows:

      (X)    Hear and determine pretrial matters, as referred.

      (X)    Provide a report and recommendation with regard to the petition.

      **IT IS FURTHER ORDERED that parties and counsel shall be familiar and comply with the undersigned judge's requirements found at www.cod.uscourts.gov.**

      Dated June 23, 2009, at Denver, Colorado.

      BY THE COURT:

      */s/ Bob Blackburn*
      Robert E. Blackburn
      United States District Judge