**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 09-cv-00875-REB-MJW

ROBERT J. JONES,

     Plaintiff,

v.

RON WILEY,
J. FOX,
MICHAEL MERRILL,
DAVE LAW,
R. MARTINEZ, and
WENDY HEIM,

     Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is plaintiff's **Notice of Voluntary Dismissal of Case** [#19] filed in letter form on June 30, 2009.  After careful review of the notice and the file, I conclude that the notice should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Voluntary Dismissal of Case** [#19] filed in letter form on June 30, 2009, is **APPROVED**; and

2. That this action is **DISMISSED WITHOUT PREJUDICE**.

Dated June 30, 2009, at Denver, Colorado.

                                BY THE COURT:

                                */s/ Robert E. Blackburn*
                                Robert E. Blackburn
                                United States District Judge